IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff**

**v.**

**NATHANIEL NEAL,**

**Defendant.**                                            No. 05-CR-30132-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is a motion submitted by Attorney R. Henry Branom, Jr. — attorney for Defendant Nathaniel Neal — to withdraw in this case due to his upcoming move to Montana. (Doc. 48.) The Court **GRANTS** Attorney Branom's motion. (Doc. 48.) Further, the Court now **APPOINTS** Attorney Christopher Threlkeld, 224 St. Louis Street, Edwardsville, Illinois 62025 to represent Defendant in this matter.

**IT IS SO ORDERED**.

Signed this 27th day of February, 2006.

/s/      David   RHerndon
**United States District Judge**